

The New York Times Building
101 6th Avenue
New York, New York 10013
646.341.6554
sstecker@constangy.com

November 10, 2021

**Via ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED:**
The conference currently scheduled for November 18, 2021 will now take place on **February 17, 2022 at 11:30 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: November 15, 2021

**Re:   Schneidermesser v. NYU Grossman School of Medicine, Case No. 1:21-cv-07179**

Your Honor:

I represent Defendant NYU Grossman School of Medicine in this case.  I write jointly with counsel for Plaintiff Eileen Schneidermesser. The parties respectfully request that the initial pretrial conference, currently scheduled for November 18, 2021, at 11:00 AM, be adjourned sine die due to the mediation that was ordered by the Court, pursuant to the M-10-468 Second Amended Standing Order.  Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*s/ Stephen Stecker*

Stephen Stecker
Counsel for Defendant