UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EILEEN SCHNEIDERMESSER,

              Plaintiff,

-against-

NYU GROSSMAN SCHOOL OF MEDICINE,

              Defendant.

**ORDER**

21 Civ. 7179 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        After consultation with the parties at today's conference, discovery in this matter is hereby extended until **October 7, 2022**. No further extensions will be granted. The parties will submit a joint letter on **October 7, 2022**, addressing the status of the case, any anticipated post-discovery motions, and any discussion of settlement.

Dated: New York, New York
       July 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge