

175 Pearl Street
Suite C-402
Brooklyn, New York 11201
646.341.6544
acabrera@constangy.com

September 5, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Eileen Schneidermesser v. NYU Grossman School of Medicine
              Case No. 1:21-cv-07179-PGG

Your Honor:

      This firm represents Defendant NYU Grossman School of Medicine ("NYU"). Pursuant to Your Honor's Order dated August 30, 2023, the parties are to appear for a conference on October 12, 2023. The undersigned will be traveling October 12-16, 2023 and respectfully requests an adjournment of the conference. Plaintiff consents to this request. The parties conferred and are available on October 18, 20, 26, 30, and 31 and November 1-3.

      Thank you for Your Honor's time and consideration.

Respectfully submitted,

/s/Anjanette Cabrera
Anjanette Cabrera
Counsel for NYU

**MEMO ENDORSED:** The conference scheduled for October 12, 2023 is adjourned to **October 26, 2023 at 10:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: September 11, 2023