UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EILEEN SCHNEIDERMESSER,

        Plaintiff,

-against-

NYU GROSSMAN SCHOOL OF MEDICINE,

        Defendant.

**ORDER**

21 Civ. 7179 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for October 26, 2023 is adjourned to **November 9, 2023 at 10:00 a.m.**

Dated: New York, New York
       October 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge