

# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

October 30, 2023

**VIA ECF**

Honorable Dale Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: **Eileen Schneidermesser v. NYU Grossman School of Medicine**
       **Docket #: 21-CV-07179-DEH**

Dear Judge Ho:

  We represent Plaintiff Eileen Schneidermesser ("Schneidermesser") in the above-referenced matter. At this time, Defendant's pre-letter motion concerning summary judgment has been pending for 11 months. Specifically, Defendant submitted its pre-motion letter on November 17, 2022 (Dkt. 36) and Plaintiff submitted her opposition letter on November 22, 2022. (Dkt. 37). On April 4, 2023, the Court issued an Order (Dkt. 40) that stated:

> The purpose of this Court's Individual Rule of Practice requiring pre-motion letters is to enable this Court to determine whether a proposed motion is likely to be productive. In the context of a proposed motion for summary judgment, the primary issue is whether the briefing is likely to present material issues of fact. Based on Defendant's pre-motion letter and Plaintiff's opposition, this Court is concerned that the motion papers may present material issues of fact in at least two areas.

  The Court requested that the parties "submit supplemental letters setting out the evidentiary support for the assertions in their correspondence, whether deposition testimony, affidavit, documentary or otherwise." The Court further directed that, "[i]n the event the relevant evidence reveals facts disputes, the movant will explain why those issues are not material or why those factual disputes can be resolved as a matter of law." Defendant submitted its supplemental letter on April 10, 2023 and Plaintiff submitted her supplemental letter on April 17, 2023.

  On August 27, 2023, the parties requested a conference to discuss next steps with the Court concerning Defendant's proposed motion. (Dkt. 46).

  On August 28, 2023, Plaintiff submitted a supplemental letter based on the Court's request. (Dkt, 47). Defendant submitted a further supplemental letter on August 30, 2023.

**SCHWARTZ PERRY HELLER LLP**

On August 30, 2023, the Court granted the parties' request for a conference (Dkt. 49). The conference was scheduled to take place on October 26, 2023. (Dkt. 51). By Order dated October 24, 2023, the Court adjourned the conference to November 9, 2023. (Dkt. 52). On October 28, 2023, the parties received notification that this case was transferred to Your Honor.

We write at this time to request a conference to discuss Defendant's pending application.

The Plaintiff is presently 80 years of age and we believe time is of the essence. We thank the Court for its time and consideration.

Respectfully yours,

DAVIDA S. PERRY

DSP/arp

cc: Anjanette Cabrera, Esq. – via ECF

Application GRANTED. The conference currently scheduled for November 9, 2023, shall instead take place on **November 13, 2023, at 2:30 p.m. (E.T.)**. The conference will be held on Microsoft Teams. To join the call, the parties are directed to dial 646-453-4442, enter the meeting code 519064399, then hit the pound (#) sign.

The Clerk of Court is respectfully directed to close the open motions at ECF Nos. 53 and 54.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 30, 2023
New York, New York