UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN SCHNEIDERMESSER,

Plaintiff(s),

v.

NYU GROSSMAN SCHOOL OF MEDICINE,

Defendant(s).

21-CV-7179 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

As stated on the record today, the parties are ORDERED to file a joint status report by

**November 22, 2023**, addressing the following points:

- Whether the parties believe that any of the following would be appropriate at this time:

  (a) a settlement conference before the designated magistrate judge (Magistrate Judge

  Sarah Netburn); (b) participation in the District's Mediation Program; and/or (c) retention

  of a privately retained mediator.

- Whether Defendant still intends to file a Motion for Summary Judgment.  If so,

  Defendant shall separately file on ECF a proposed scheduling order.

  SO ORDERED.

Dated: November 13, 2023
       New York, New York

_____

DALE E. HO
United States District Judge